IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

THOMAS C. O'BRYANT,

    Plaintiff,

vs.                                    CASE NO. 5:05cv131/RS

JASON LANGFORD, et al,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Order, Report and Recommendation (Doc. 62). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Order, Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's request for entry of default against Defendant M.D. Finch (Doc. 60) is **denied**.

ORDERED on February 2, 2007.

                                      /S/ Richard Smoak
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**