IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

THOMAS C. O'BRYANT,

    Plaintiff,

vs.                                      CASE NO. 5:05cv131/RS

JASON LANGFORD; M. D. FINCH;
RONNIE SEGERS; JESSIE
DURRANCE; and ROYCE ALAN
PIPPIN,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Order, Report and Recommendation (Doc. 75) and Plaintiff's Written Objections to Magistrate Judge's Order, Report and Recommendation (Doc. 76). I have reviewed Plaintiff's objections *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Order, Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendants' Motions for Summary Judgment (Docs. 37 and 66) are **granted** as to Plaintiff's claims against them in their official capacities.

3. Defendants' Motions for Summary Judgment (Doc. 37 and 66) are **denied** as to Plaintiff's First Amendment claims against them in their individual capacities.

4. Defendant Pippin's Motion for Summary Judgment (Doc. 37) is **granted** as to Plaintiff's Eighth Amendment claim against him in his individual

capacity.  The Motions for Summary Judgment of Defendants Langford, Durrance, Segers, and Finch (Docs. 37 and 66) are denied as to Plaintiff's Eighth Amendment claims against them in their individuals capacities.

5. The clerk is directed to return this file to the Magistrate Judge for further proceedings.

ORDERED on June 6, 2007.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**