IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

THOMAS C. O'BRYANT,

    Plaintiff,

vs.                                    CASE NO. 5:05cv131/RS

JASON LANGFORD, et al,

    Defendants.
_____/

## ORDER

Before me are the Magistrate Judge's Order, Report and Recommendation (Doc. 116) and Plaintiff's Written Objections to the Magistrate Judge's "Order, Report and Recommendation" (Doc. 122). I have considered Plaintiff's objections *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Order, Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's Motion for Default Judgment (Doc. 112) is **denied**.

ORDERED on September 11, 2007.

                                                    /S/ Richard Smoak
                                                    **RICHARD SMOAK**
                                                    **UNITED STATES DISTRICT JUDGE**