IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**THOMAS C. O'BRYANT,**

    **Plaintiff,**

vs.                                                       CASE NO.  5:05cv131-RS/EMT

**JASON LANGFORD, et al.,**

    **Defendants.**
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 176), Plaintiff's Objections to Report and Recommendation (Doc. 184), and Defendants' Reply to Plaintiff's Objections to Magistrate's Report and Recommendation (Doc. 185).  I have considered Plaintiff's objections de novo.

The Magistrate Judge's Order, Report and Recommendation is adopted and incorporated by reference as it pertains to Defendant Royce Alan Pippin and Defendant Jessie Durrance.  The motions for summary judgment of Defendant Royce Alan Pippin and Defendant Jessie Durrance are granted.  The clerk is directed to enter final judgment in favor of Defendant Royce Alan Pippin and Defendant Jessie Durrance.

Pursuant to 28 U.S.C. § 636(b)(1), I recommit the matter to the Magistrate Judge with instructions to address the issue whether there is sufficient evidence in the record to establish a conspiracy among the remaining Defendants and whether Inmate Larry Lewis was a coconspirator.

**ORDERED** on April 3, 2008.

        /S/ Richard Smoak_____
**RICHARD SMOAK**
**United States District Judge**