UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

THOMAS C. O'BRYANT

    Plaintiff,

vs.                                            CASE NO. 5:05cv131/RS/EMT

JASON LANGFORD, et al.,

    Defendants.

_____/

## **ORDER**

    Before me are the Magistrate Judge's Report and Recommendation (Doc. 176), Supplement to the Report and Recommendation (Doc. 205), Plaintiff's Objections to Report and Recommendation (Doc. 184), and Plaintiff's Written Objections to the Magistrate's Supplement to the Report and Recommendation (Doc. 211 ). I have considered Plaintiff's objections de novo.

    **IT IS ORDERED**:

    1.     The Magistrate Judge's Report and Recommendation (Doc. 176) and Supplement to the Report and Recommendation (Doc. 205) is adopted and incorporated by reference in this Order.

    2.     The motions for summary judgment of Defendant Langford, Defendant Segers, and Defendant Finch are **GRANTED**.

3. The clerk is directed to enter final judgment in favor of Defendant Langford, Defendant Segers, and Defendant Finch.

4. This case is dismissed with prejudice.

5. The clerk is directed to close the file.

**ORDERED** on May 14, 2008

/S/ Richard Smoak
**RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**